FILED
09 JAN 20 PM 3:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>Francisco Javier Trapero-Felix<br><br>Defendant. | Criminal Case No. 08CR2874-H<br>Magistrate Case No. 08MJ2550-BLM<br><br>**ORDER TO EXONERATE BOND** |

IT IS HEREBY ORDERED that the personal surety bond of $5000.00 which secured the presence of the Material Witness, Godofredo Barrales-Velles be exonerated forthwith, and the cash deposit of $500.00 to be returned to the surety at the following address;

Juan Pacheco
1205 Dwight Avenue
Compton, CA 90220

Date: 1/20/09

Barbara L. Major  Les S Porter
United States Magistrate Judge

Order to Exonerate Bond

1